ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| V. | |
| JAIRO JOSUE HERNANDEZ ORTIZ (1)<br>CAROLINA YAMILETH MELGER-DE HERNANDEZ (2)<br>DAROLYNE AYLIN HERNANDEZ-FLORES (3) | 3-25CR-365 S |

### INDICTMENT

The Grand Jury charges:

Count One
Assault on a Federal Officer
[Violation of 18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2]

On or about July 2, 2025, in the Dallas Division of the Northern District of Texas, the defendants, **Jairo Josue Hernandez Ortiz**, **Carolina Yamileth Melger-De Hernandez**, and **Darolyne Aylin Hernandez-Flores**, aided by each other and another known, did knowingly and intentionally, forcibly assault, resist, oppose, impede, and interfere with United States Border Patrol Agent R.F., a person designated in 18 U.S.C. § 1114; who was engaged in the performance of official duties, and said conduct caused physical contact with Agent R.F.

In violation of 18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2.

Indictment—Page 1

Count Two
Assault on a Federal Officer
[Violation of 18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2]

On or about July 2, 2025, in the Dallas Division of the Northern District of Texas, the defendants, **Jairo Josue Hernandez Ortiz**, **Carolina Yamileth Melger-De Hernandez**, and **Darolyne Aylin Hernandez-Flores**, aided by each other and another known, did knowingly and intentionally, forcibly assault, resist, oppose, impede, and interfere with United States Border Patrol Agent S.R., a person designated in 18 U.S.C. § 1114, who was engaged in the performance of official duties, and said conduct caused physical contact with Agent S.R.

In violation of 18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2.

A TRUE BILL:

_____
FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
JOHN KULL
Assistant United States Attorney
Texas State Bar No. 00791057
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Tel:  214-659-8600
Fax:  214-659-8812
John.Kull@usdoj.gov

_____
MYRIA BOEHM
Assistant United States Attorney
Texas State Bar No.  24069949
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Tel:  214-659-8600
Fax:  214-659-8812
Myria.Boehm@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

JAIRO JOSUE HERNANDEZ ORTIZ (1)
CAROLINA YAMILETH MELGER-DE HERNANDEZ (2)
DAROLYNE AYLIN HERNANDEZ-FLORES (3)

INDICTMENT

18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2
Assault on a Federal Officer
(Count 1)

18 U.S.C. §§ 111(a)(1); and 18 U.S.C. § 2
Assault on a Federal Officer
(Count 2)

2 Counts

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this _5_ day of August, 2025.

**Defendant in Federal Custody since 7/7/2025 - Jairo Josue Hernandez Ortiz**
**Defendant in Federal Custody since 7/7/2025 - Carolina Yamileth Melger-De Hernandez**
**Defendant in Federal Custody since 7/7/2025 - Darolyne Aylin Hernandez-Flores**

_____
UNITED STATES MAGISTRATE JUDGE
Complaint 3:25-MJ-686-BK